UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Marcus E Ruffin,

              Petitioner,

v.

Jeffrey A Uttecht
*Superintendent, Coyote Ridge Correctional Center,*

              Respondent.

Case No. 19-1575RAJ

**ORDER VACATING ORDER AND JUDGMENT ENTERED ON OCTOBER 21, 2020**

      On October 21, 2020, the Court entered an order adopting the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge (Dkt. # 24) and an order entering Judgment in this matter (Dkt. # 25). Those orders were entered in error. Under Rule 60 of the Federal Rules of Civil Procedure, the Court may correct a "mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). The Court may do so on its own accord without notice. *Id.*

/ / /

/ / /

/ / /

ORDER VACATING ORDER AND JUDGMENT ENTERED ON
OCTOBER 21, 2020 - 1

The Court hereby **VACATES** the order and judgment and directs the Clerk to reopen the case.

DATED this 22nd day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER VACATING ORDER AND JUDGMENT ENTERED ON OCTOBER 21, 2020 - 2